PARRO, J.,
concurring.
hi concur with the result reached by the majority in this case, and write merely to point out additional authority for this court’s decision. Louisiana Code of Civil Procedure article 425(A) states that “[a] party shall assert all causes of action arising out of the transaction or occurrence that is the subject matter of the litigation.” In this case, Woods was required to assert his claim for attorney fees, along with his claim for return of the seized funds, when he intervened in the forfeiture action in the Fourth Judicial District Court. See also LSA-R.S. 40:2611(K) and 2612(C) and (D). Although that court ruled against him on the issue of the State’s entitlement to forfeiture, his claim for attorney fees could have been assigned as error on appeal to the Second Circuit Court of Appeal. The judgment in the forfeiture action became final when the supreme court denied writs. Because Woods failed to advance his claim for attorney fees in the forfeiture action, he cannot now assert that claim in a separate suit.